DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada State Bar No. 8920
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
roger.wenthe@usdoj.gov

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>        Plaintiff,                                  )<br>                                                              )<br>        v.                                             )<br>                                                              )<br>CARDIOVASCULAR AND            )<br>THORACIC SURGEONS OF          )<br>NEVADA, INC.,                                )<br>                                                              )<br>        Defendant.                              )<br>_____)  | Case No: 2:12-CV-1632-JAD-PAL |

**STIPULATION TO DISMISS
PETITION TO ENFORCE CIVIL INVESTIGATIVE DEMAND**

The parties, by their undersigned counsel, in lieu of a status report, hereby

stipulate to request the Court to dismiss this action to enforce a Civil Investigative

1

Demand (CID), without prejudice and with each party bearing its own costs and attorney's fees, on the grounds that the United States does not intend to seek the Court's assistance in obtaining further compliance with the CID by the defendant at this time. A proposed form of order is attached to this motion.

Dated: September 3, 2013

For the Plaintiff:                                  For the Respondent:

DANIEL G. BOGDEN
United States Attorney

By:   /s/ Roger Wenthe              /s/ Jeffrey Albregts
      ROGER W. WENTHE              JEFFREY ALBREGTS
      Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Case No: 2:12-CV-1632-JAD-PAL<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| CARDIOVASCULAR AND THORACIC SURGEONS OF NEVADA, INC., | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

### **ORDER**

This cause coming on to be heard on the parties' Stipulation to Dismiss Petition to Enforce Civil Investigative Demand, good cause appearing,

IT IS HEREBY ORDERED that this matter is disimissed without prejudice, with each party to bear its own costs and attorney's fees.

Dated: September 3, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Roger Wenthe, served a copy of the foregoing document today by the following method on the following persons:

<u>CM/ECF</u>

Jeffrey R. Albregts, Esq.
Cotton, Driggs, Walch,
  Holley, Woloson & Thompson
400 S. Fourth St., Third Floor
Las Vegas, NV  89101

Dated: September 3, 2013.

    /s/  Roger Wenthe
Roger Wenthe
Assistant United States Attorney